IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:  8:23-cr-852 |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| | ) | 18 U.S.C. § 922(d)(1) |
| | ) | 18 U.S.C. § 923(a) |
| -versus- | ) | 18 U.S.C. § 924(a)(1)(D) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | |
| | ) | |
| | ) | **INFORMATION** |
| **JAMES EDWARD MANLEY** | ) | |

## COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That from on or about November 17, 2021, to on or about April 11, 2022, in the District of South Carolina, the defendant, **JAMES EDWARD MANLEY**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about November 27, 2021, in the District of South Carolina, the Defendant, **JAMES EDWARD MANLEY**, knowingly sold or otherwise transferred a firearm and ammunition, that is, a Ruger, Model LCP, .380 caliber pistol, to Confidential Informant #1, knowing and having reasonable cause to believe that Confidential Informant #1 had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

1

## COUNT 3

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about December 6, 2021, in the District of South Carolina, the Defendant, **JAMES EDWARD MANLEY**, knowingly sold or otherwise transferred a firearm, that is, a Taurus, Model G2C, 9mm pistol, to Confidential Informant #1, knowing and having reasonable cause to believe that Confidential Informant #1 had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT 4

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about January 5, 2022, in the District of South Carolina, the Defendant, **JAMES EDWARD MANLEY**, knowingly sold or otherwise transferred firearms, that is, a Smith & Wesson, Model M&P Shield, 9mm pistol and a Glock, Model 42, .380 caliber pistol to Confidential Informant #2, knowing and having reasonable cause to believe that Confidential Informant #2 had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT 5

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about January 12, 2022, in the District of South Carolina, the Defendant, **JAMES EDWARD MANLEY**, knowingly sold or otherwise transferred firearms, that is, a Ruger, Model LC9s, 9mm pistol and a Double Tap Arms, Model DT15, multi-caliber rifle, to

2

Confidential Informant #2, knowing and having reasonable cause to believe that Confidential Informant #2 had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Christopher B. Schoen (Fed. ID # 11421)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:    864-268-2100
Fax:    864-233-3158
Email: Christopher.Schoen@usdoj.gov